433 A.2d 543

Commonwealth v. Norwood, Appellant.

Submitted November 14, 1980. John

H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and SHERTZ and WIEAND, JJ.

Judgment of sentence affirmed.

CERCONE, P. J., concurred in the result.